

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GERALD C. MANN**
**ATTORNEY GENERAL**

February 23, 1939

Honorable Robert H. Wood
Committee to Investigate Rentals
House of Representatives
Austin, Texas

Dear Sir:

Opinion No. 0-330
Re: The Legislature has juris-
diction over Unemployment
Compensation funds allocat-
ed to the State by the
Federal Government.

Your inquiry of February 11th with reference to the above matter was promptly placed upon my desk for attention, but because of other imperative matters demanding my attention, your inquiry has not before this been answered.

You inquire as to what jurisdiction the Legislature has over Unemployment Compensation funds allocated to this State by the Federal Government.

We answer that the Legislature has full control of such funds subject to the supervision of the Federal authorities, which may be exercised by withdrawals if Federal requirements are not complied with.

Yours very truly

ATTORNEY GENERAL OF TEXAS

BY                **/s/**
A. S. Rollins
Assistant

ASR:PEP


APPROVED:

/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS